# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR, | Case No. 2:17-cv-02908-RFB-GWF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (first request) (ECF No. 8), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 8) is **GRANTED**. Respondents will have through November 19, 2018, to file an answer or other response to the amended petition (ECF No. 6).

DATED: August 21, 2018.

RICHARD F. BOULWARE, II
United States District Judge