# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR, | Case No. 2:17-cv-02908-RFB-GWF |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a motion for enlargement of time (third request) (ECF No. 12), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (third request) (ECF No. 12) is **GRANTED**. Respondents will have through February 18, 2019, to file an answer or other response to the amended petition (ECF No. 6). **No further extensions shall be granted absent extraordinary circumstances.**

DATED: February 6, 2019.

RICHARD F. BOULWARE, II
United States District Judge