# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STEVEN DANIEL ORR,

    Petitioner,

  v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02908-RFB-GWF

**ORDER**

Respondents having filed a motion for extension of time (first request) (ECF No. 43), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 43) is **GRANTED**. Respondents will have through May 8, 2019, to file a reply to petitioner's response to the motion to dismiss (ECF No. 42).

DATED: March 18, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge