# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR,<br><br>        Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:17-cv-02908-RFB-EJY<br><br>**ORDER** |

Respondents having filed a motion for extension of time (first request) (ECF No. 52), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (first request) (ECF No. 52) is **GRANTED**. Respondents will have up to February 10, 2020, to file an answer to the second amended petition (ECF No. 51).

DATED: November 8, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**