UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR,<br><br>        Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, et al.,<br><br>        Respondents. | Case No. 2:17-cv-02908-RFB-EJY<br><br>**ORDER** |

Respondents having filed a motion for extension of time (second request) (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (second request) (ECF No. 54) is **GRANTED**. Respondents will have up to and including May 11, 2020, to file an answer to the second amended petition (ECF No. 51).

DATED: February 7, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1