# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR,<br><br>  Petitioner,<br><br>  v.<br><br>BRIAN WILLIAMS, et al.,<br><br>  Respondents. | Case No. 2:17-cv-02908-RFB-EJY<br><br>**ORDER** |

Respondents having filed a motion for extension of time (third request) (ECF No. 61), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (third request) (ECF No. 61) is **GRANTED**. Respondents will have up to and including June 10, 2020, to file an answer to the second amended petition (ECF No. 51).

DATED: May 11, 2020.

  _____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

1