# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN DANIEL ORR,<br><br>    Petitioner,<br><br>    v.<br><br>BRIAN WILLIAMS, et al.,<br><br>    Respondents. | Case No. 2:17-cv-02908-RFB-EJY<br><br>**ORDER** |

Respondents having filed a motion for extension of time (fourth request) (ECF No. 63), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for extension of time (fourth request) (ECF No. 63) is **GRANTED**. Respondents will have up to and including July 10, 2020, to file an answer to the second amended petition (ECF No. 51).

DATED: June 11, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge